# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1239. MARCUS FRASER v. THE STATE.**

In 2019, Marcus Fraser was convicted of malice murder and other crimes. He filed a motion for new trial, which the trial court denied, and he has filed an appeal in this Court. Fraser subsequently filed a motion to transfer his appeal to the Supreme Court of Georgia. We agree that transfer is appropriate.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).

Accordingly, Fraser's motion to transfer is hereby GRANTED, and this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   02/27/2025*

            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*